# United States District Court
# Southern District of New York

```
-----------------------------------------------------------X
INSTOCK CORPORATION,                                       :
                              PLAINTIFF,                   :
         - AGAINST -                                       :   ECF Case No.
                                                               04 CV 9369 (AP)
VESTINY APPAREL INC. AND ALBERTO MAJAJ,                    :
                              DEFENDANTS.                  :
-----------------------------------------------------------X
```

## NOTICE TO CURE

**PLEASE TAKE NOTICE**, that Vestiny Apparel, Inc. has defaulted in making the payment due on January 3, 2006 of $5,625 US required to be paid to Zane and Rudofsky pursuant to the provisions of that certain Stipulation in the above-entitled matter dated August 1, 2005 and placed on the record in open Court.

**PLEASE TAKE FURTHER NOTICE,** that Zane and Rudofsky hereby demands that Vestiny Apparel, Inc. make payment to it of $5,625 US

within seven (7) business days of the service of this Notice to Cure.

Dated:  New York, New York
        January 4, 2006

                                          ZANE and RUDOFSKY
                                             Attorneys Pro Se
                                    601 West 26th Street, Suite 1111
                                        New York  10001
                                          (212) 245-2222

                              By:_____
                                  James B. Zane (JZ-8153)

TO:  Vestiny Apparel, Inc.
     250 St. Zotique Street East
     Montreal, Quebec H2S103
     Canada
     Attention:  Alberto Majaj and/or
                 Lydia Fadour
    (Via Fax 514-788-4600)

     Dreier, LLP
     499 Park Avenue
     New York, New York 10022
     Attention:  Ira S. Sacks, Esq.
                 Mark S. LaFayette, Esq.
    (Via Fax 212-328-6101)

     Chief Magistrate Judge Andrew J. Peck
     Southern District of New York
     United States Courthouse
     500 Pearl Street, Room 1370
     New York, New York 10007
    (Via Fax 212-805-7933)

## CERTIFICATE OF SERVICE

I sent a copy of the foregoing Notice to Cure by facsimile, this 4th day of January, 2006 to (i) Vestiny Apparel, Inc., 250 St. Zotique Street East, Montreal, Quebec H2S103, Canada, to the attention of Alberto Majaj and/or Lydia Fadour at 514-788-4600, the designated facsimile number; and (ii) Dreier, LLP, 499 Park Avenue, New York, New York 10022 to the attention of Ira S. Sacks, Esq. and Mark S. LaFayette, Esq., at 212-328-6101, the designated facsimile number.

_____
Eric S. Horowitz (EH- 1815)